

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2021

No. 04-03-00314-CR

Christopher **SAENZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 02-05-0162-CRA
Honorable Olin B. Strauss, Judge Presiding

## O R D E R

On May 12, 2004, this court issued an opinion affirming the judgment of conviction in appellant's underlying criminal case. Our mandate issued on July 15, 2004. On September 13, 2004, the Texas Court of Criminal Appeals denied appellant's pro se motion to extend time to file a petition for discretionary review.

On August 10, 2021, appellant filed a pro se "Motion to Withdraw Appellate Brief Due to Actual Conflict of Interest." This court no longer has jurisdiction over this appeal. *See* TEX. R. APP. P. 19.1. Therefore, appellant's motion is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on August 26, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court